

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. WR-78,646-03 & WR-78,646-04

### EX PARTE RAY EUGENE FIELDS, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NUMBERS 88-93664-M & 88-93665-M
### IN THE 194TH JUDICIAL DISTRICT COURT DALLAS COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery in two cause numbers and was sentenced to forty years' imprisonment for each cause. The Fifth Court of Appeals affirmed Applicant's convictions. *Fields v. State*, 05-88-01437-CR & 05-88-01436-CR (Tex. App.–Dallas October 11, 1989).

Applicant's claim for pre-sentence jail time credit is dismissed. *See Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010); *Ex Parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004).

Based on this Court's independent review of the entire record, we deny relief on all of Applicant's other claims.

Filed: September 24, 2014
Do not publish